UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

ENTERED
JUN - 1 1999
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Courts
Southern District of West V

WOODROW BALL, Executor of the
Estate of BARBARA BALL, deceased,

        Plaintiff,

v.

PHILIP MORRIS INC.; LIGGETT &
MYERS, INC.; LIGGETT GROUP,
INC.; BROOKE GROUP, INC.; R. J.
REYNOLDS TOBACCO COMPANY and
BROWN & WILLIAMSON TOBACCO
CORPORATION,

        Defendants.

Civil Action No. 2:97-0867
(Chief Judge Haden)

## STIPULATION AND ORDER OF DISMISSAL

Now come the plaintiff, by counsel, and the defendants, by counsel, pursuant to FRCP 41(a)(1)(ii), and hereby stipulate and agree to the dismissal of this matter without prejudice, with all parties to bear their own attorneys fees, expenses and costs; provided, further, that the parties stipulate and agree that in the event any claim arising out of the use of any tobacco product by the decedent, Barbara Ball, shall be later made in any court of record or before any administrative tribunal, then the defendants herein shall each be entitled to seek the recovery of all of the attorneys fees, expenses and cost respectively incurred by them in defense of this case. Accordingly, the Stipulation of the parties is approved and it is hereby ORDERED that this civil action be dismissed without prejudice.

It is further ORDERED that the Clerk send certified copies of this Order to all counsel of record and that this matter be removed from the Court's docket.

ENTERED this 1st day of June, 1999.

_____
Charles H. Haden II, Chief Judge

Stipulated, Agreed To and
Presented for Entry By:

_____
Gerald R. Lacy
Lacy Law Offices
# 3 Capitol Street
Charleston, WV 25301
(304) 344-3532
**Counsel for Plaintiff**

_____
P. Michael Pleska
Fazal A. Shere
Bowles Rice McDavid Graff & Love
600 Quarrier Street
P. O. Box 1386
Charleston, WV 25325-1386
(304) 347-1100
**Counsel for R.J. Reynolds Tobacco Company**

_____
W. Henry Jernigan
Gretchen M. Callas
Jackson & Kelly
1600 Laidley Tower
P. O. Box 553
Charleston, WV 25322-0553
**Counsel for Brown & Williamson Tobacco Corporation**

_____
Kenneth E. Knopf
Benjamin T. Hughes
Pullin, Knopf, Fowler & Flanagan
1000 Bank One Center
707 Virginia Street, East
Charleston, WV 25301
**Counsel for Liggett Group, Inc.;
Liggett & Myers, Inc.;
Brooke Group, Limited**

_____
Pamela L. Kandzari
Michele M. Price
Allen, Guthrie & McHugh
1300 Bank One Center
P. O. Box 3394
Charleston, WV 25333-3394
**Counsel for Philip Morris Incorporated**